IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR292 |
| vs. | ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |
| WILMER RAYMOND FLYINGHAWK, JR., | |
| Defendant. | |

The defendant appeared before the Court on December 19, 2019 regarding Petition for Offender Under Supervision [44]. Michael Hansen represented the defendant. Russell Mayer represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant appeared by summons, or is otherwise not in custody, and will not be detained. Therefore, the defendant does not have right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release. The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on February 5, 2020.

The government did not move for detention. The defendant shall be released on the current terms and conditions of supervision.

**IT IS SO ORDERED**.

Dated this 19th day of December, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge