IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WILMER RAYMOND FLYINGHAWK JR.,<br><br>　　　　　　Defendant. | 8:17CR292<br><br>ORDER |

　　　　The defendant appeared before the Court on June 9, 2021 regarding Unopposed Restricted Motion to Reconsider Detention [88]. Michael J. Hansen represented the defendant. Lecia Wright represented the government.

　　　　The Court, being fully advised in the premises, and the motion being unopposed, finds that the Unopposed Restricted Motion to Reconsider Detention [88] should be granted. The defendant shall be released on the current terms and conditions of supervision, which also include the Defendant reporting and residing at Nebraska Urban Indian Health Coalition, Inc. a/k/a "Intertribal" in Omaha, Nebraska. Defendant shall be released immediately to a representative from the Federal Public Defender's Office, who shall directly transport the defendant to the Nebraska Urban Indian Health Coalition, Inc. The defendant shall be released with a 30-day supply of his current prescription medications.

　　　　The defendant made an oral motion to continue his final dispositional hearing. The oral motion is granted. Defendant's final dispositional hearing is continued to November 8, 2021 at 8:30 a.m. before U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

　　　　Dated this 18th day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge