IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR292 |
| v. | |
| WILMER RAYMOND FLYINGHAWK, JR., | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion for Dismissal of Petition for Offender Under Supervision (Filing No. 96). The government requests the Court dismiss the Petition for Offender Under Supervision (Filing No. 76) without prejudice as to defendant Wilmer Raymond Flyinghawk, Jr. ("Flyinghawk") The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal of Petition for Offender Under Supervision (Filing No. 96) is granted.

2. The Petition for Offender Under Supervision (Filing No. 76) is hereby dismissed without prejudice.

3. Flyinghawk's previously imposed conditions of supervision remain in effect, and he will continue with the remaining term of his supervised release.

Dated this 22nd day of April 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge